IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JACOB ALAN HAROUFF, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:05-CV-101 (HL) |
| ASHLEY PAULK, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 13) filed March 31, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 24th day of April, 2006.

　　　　　　　　　　　　　　　　　　s/ Hugh Lawson
　　　　　　　　　　　　　　　　　　HUGH LAWSON, Judge
　　　　　　　　　　　　　　　　　　United States District Court