IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JACOB ALAN HAROUFF, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE<br>NO. 7:05-CV-101(RLH) |
| AASHLEY PAULK, et al., | : |
| Defendants. | : |

### ORDER TO SHOW CAUSE

On August 4, 2006, mail sent to the plaintiff at his last known address, believed to be a jail in Bowling Green, Ohio was returned to the court bearing the legend, "RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED."

The order entered herein by the court on March 31, 2006, sanctioning this matter to go forward advised that, "[d]uring the pendency of this action, each party shall at all times keep the clerk of this court and all opposing attorneys and/or parties advised of his current address. Failure to promptly advise the Clerk of any change of address may result in the dismissal of a parties pleadings filed herein."  In view of the above and foregoing the plaintiff is hereby **ORDERED** and **DIRECTED** to show cause on or before the close of business on Thursday, August 31, 2006, why his complaint should not be dismissed for his failure to obey an order of this court and keep the court advised of his current address.

SO ORDERED, this 11th day of August 2006.

/s/ *Richard L. Hodge*

RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE