IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JACOB ALAN HAROUFF, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE<br>: NO. 7:05-CV-101(RLH) |
| ASHLEY PAULK, et al., | : |
| Defendants. | : |

**ORDER OF DISMISSAL**

This is a § 1983 action brought by a former detainee at the Lowndes County, Georgia Jail. The parties have consented to the United States Magistrate Judge conducting any and all proceedings herein, including but not limited to the ordering of the entry of judgment. The parties may appeal from this judgment, as permitted by law, directly to the Eleventh Circuit of Appeals. 28 U.S.C. § 636(c)(3).

On August 4, 2006, mail sent to the plaintiff at his last known address, believed to be a jail in Bowling Green, Ohio was returned to the court bearing the legend, "RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED."

The order entered herein by the court on March 31, 2006, sanctioning this matter to go forward advised that, "[d]uring the pendency of this action, each party shall at all times keep the clerk of this court and all opposing attorneys and/or parties advised of his current address. Failure to promptly advise the Clerk of any change of address may result in the dismissal of a parties pleadings filed herein." In view of the above and foregoing the court ordered the plaintiff on August 11, 2006, to show cause by August 31, 2006, why his complaint should not be

dismissed for his failure to keep the court advised of his current address while this lawsuit is pending. Although the plaintiff's service copy of the order to show cause has not been returned to the court as undeliverable, the time for him to respond thereto ended twelve days ago with no response having been filed. The last contact with the court initiated by the plaintiff in this matter occurred on June 26, 2006, with his filing of his consent to proceed before the magistrate judge.

Simply put the court has lost contact with this plaintiff and has no idea of how to contact him. One can only speculate that his taste of freedom has dimmed his ardor to further pursue this matter. Plaintiff has been previously advised that his failure to keep the court notified as to his whereabouts may lead to the dismissal of his complaint. In view of the above circumstances the court is aware of no other reasonable alternative. Accordingly, plaintiff's complaint is hereby **DISMISSED.**

SO ORDERED, this 12th day of September 2006.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE